**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSE SANCHEZ, | |
|         Plaintiff | CIVIL ACTION |
| V. | NO. 16-10415-LTS |
| LISA MITCHELL, ET AL.. | |
|         Defendants | |

### ORDER ON MOTION FOR DEFAULT JUDGMENT AND NOTICE OF DEFAULT OF DEFENDANTS LISA MITCHELL, GERRI RILEY AND MARK FOGAREN

SOROKIN, D.J.

On June 9, 2016, plaintiff Jose Sanchez filed a Motion for Default Judgment (Docket No. 18). This Court denied the motion by Electronic Order (Docket No. 20) noting the answer was not due until June 16, 2016.

Thereafter, on June 20, 2016, plaintiff filed a renewed Motion for Default Judgment (Docket No. 21) and a Declaration in Support (Docket No. 22). Plaintiff seeks a default judgment against defendants Lisa Mitchell, Mark Fogaren, Gerri Riley, the Attorney General and Attorney Nancy White, for the failure to answer his Complaint. He seeks monetary damages and an Order directing reinstatement of his Kosher meals.

With respect to the Attorney General and Attorney Nancy White, they are not named as defendants in this action. Accordingly, plaintiff's Motion for Default Judgment is DENIED with respect to these individuals.

With respect to the named defendants, the docket reflects that service of process was made personally on Gerri Riley and Mark Fogaren by the U.S. Marshal Service, see Docket Nos. 15 and 16; however, since Lisa Mitchell was no longer at the Old Colony Correctional Center ("OCCC"), the U.S. Marshal Service served "Brenda Thibault, Assistant Deputy Commissioner's Office." See Docket No. 17. It is unclear whether Brenda Thibault is an authorized agent for Lisa Mitchell, however, at this juncture, the Court will presume proper

service has been made.

Notwithstanding the apparent service of process on the defendants, this Court has a two-step process before a default judgment can be obtained. First, a plaintiff must obtain a Notice of Default and comply with the Standing Order Regarding Motions for Default Judgment. Thereafter, a Motion for Default Judgment may be filed if plaintiff has complied with the Standing Order.

In light of the above, plaintiff's Motion for Default Judgment (Docket No. 21) is <u>DENIED</u> without prejudice.

Further, for the failure of the defendants Lisa Mitchell, Gerri Riley and Mark Fogaren, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendants have been defaulted this date.

The clerk shall enter the Standing Order Regarding Motions for Default Judgment and send it to the plaintiff.

So Ordered.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge

Dated: June 23, 2016

Notice mailed to:

Plaintiff

Gerri Riley at OCCC, 1 Administration Rd., Bridgewater, MA 02324

Mark Fogaren at OCCC, 1 Administration Rd., Bridgewater, MA 02324

Lisa Mitchell, c/o Brenda Thibault, Office of the Deputy Commissioner,
Central Headquarters, 50 Maple Street, Suite 3, Milford, MA 01757-3698.